# CRIMINAL MINUTES - PRETRIAL CONFERENCE

**Case No.:** 2:19CR6 (All Defendants)
            2:19CR10 (Omar Banks and Joshua Sutherland Only)

**Date:** 11/18/19

---

**USA v. Pennington, et al.**

| Defendant(s): | Counsel: |
|---|---|
| Omar Banks, Custody | Dennis Jones, Appt. |
| Jamie Christian, Custody | Dennis Lee, Appt. |
| James Johnson, Custody | Donnie Williams, Appt. |
| Sammy McMahan, Custody | Jeffrey Campbell, Appt. |
| Jimmy Shupe, Custody | Melvin Hill, Appt. |
| Joshua Sutherland, Custody | Michael Bragg, Appt. |

---

**PRESENT:**    Judge: Pamela Meade Sargent         Time in Court: 9:58 – 10:50 a.m.
                Deputy Clerk: Felicia Clark                        Total: 52 minutes
                Court Reporter: Felicia Clark, FTR
                U. S. Attorney: Zachary Lee
                Case Agent: Ryan Temm

(X) Proceeding to Trial as to Omar Banks, Jamie Christian, James Johnson, Jimmy Shupe and Joshua Sutherland

Oral argument by defense counsel for Omar Banks in re: Government's responses to DE 98 (Motion for Discovery) in case no.: 2:19CR10 and DE 519 (Motion for Discovery) in case no.: 2:19CR6. This issue will be taken up before Judge Jones prior to trial.

Motion hearing held in re: DE 493 and 549 as to Sammy McMahan. Oral argument by counsel. Court granted the motions and Court severed this defendant from the other defendants. Court relieved current counsel from this case and new counsel will be appointed. Court directed defense counsel to show cause within 5 days why he should not be relieved from the CJA Panel. Jury Trial to be reset and Speedy Trial Order to be entered as to this defendant once new counsel is appointed. Orders forthcoming.

All Defendants were remanded to custody. Court adjourned.