# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | Case Number: 2:19cr00006-015 |
| SAMMY CURTIS MCMAHAN, ) | |
| Defendant, ) | |

This matter was heard before the court on November 18, 2019, on the defendant Sammy Curtis McMahan's pro se motion for the appointment of new counsel, (Docket Item No. 493), and counsel's Motion To Continue Pretrial Conference and Trial Dates and To Withdraw As Counsel, (Docket Item No. 549), (collectively, "Motions"). Based on the arguments and representations contained in the Motions, it is **ORDERED** as follows:

1. The Motions are **GRANTED** and Jeffrey L. Campbell is removed as counsel of record for the defendant Sammy Curties McMahan;
2. The charges against McMahan in this case are severed from the charges against the other defendants;
3. McMahan's trial, set to begin December 2, 2019, is **CONTINUED** and will be reset upon the appointment of new counsel; and
4. Jeffrey L. Campbell shall, within five days of the date of entry of this Order, file with the court a written statement showing cause as to why he should not be removed from the court's Criminal Justice Act Panel going forward.

ENTER: November 18, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

1